Paul Strauss, #153937
Marni Willenson, *pro hac vice*
Sarah Siskind, *pro hac vice*
Nancy Maldonado, *pro hac vice*
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Thomas Patrick Lynch, #159277
Marcos Camacho, a Law Corporation
P.O. Box 310
Keene, CA 93531
(661) 823-6220 (telephone)
(661) 823-6177 (telefax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GEORGE HERNANDEZ, JR.; JOE A. HERNANDEZ; MANUEL A. HERNANDEZ; and ARMANDO PULIDO; <br><br>  Plaintiffs, <br><br> v. <br><br> KOVACEVICH "5" FARMS; KENNETH KOVACEVICH, JR.; MARK J. KOVACEVICH; CAROL K. YINGST; MARSHA K. RITCHIE; ANN K. TARTAGLIA; and KENNETH KOVACEVICH, SR.; <br><br> Defendants. | No. CIV-F-04-5515 OW DLB <br><br> STIPULATION AND RESTRAINING ORDER <br><br><br><br><br><br> Complaint filed April 2, 2004 |

This matter having come before the Court on plaintiffs' motion for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b) and Local Rule 65-231, and the parties having stipulated to entry of an Order set forth below, it is hereby ordered as follows:

   (a)   defendants' agents, including Lucio Nuñez Arciniega, Onesimo Calderon, Agustin Castillo, and any other agent or agent in-fact of defendants, are

PDF created with pdfFactory trial version www.pdffactory.com

      prohibited from any form of communication with any plaintiff or class member which, directly or indirectly, refers to this lawsuit, the factual allegations in this lawsuit, or the potential consequences of participation in this lawsuit; or which, directly or indirectly, encourages class members to exclude themselves from this lawsuit, except that if an employee makes an inquiry about the lawsuit, they will refer the employee to plaintiffs' counsel;

(b) defendants Mark Kovacevich and Kenneth Kovacevich, Jr. are ordered to immediately and personally convey to Lucio Nuñez Arciniega, Onesimo Calderon, Agustin Castillo, the above prohibitions and to remind them that they are prohibited by law and this Court from interfering in any way, directly or indirectly, personally or through their agents, with class member participation in this lawsuit, and that violating this prohibition will result in swift and severe discipline;

(c) defendants are ordered to immediately post curative notices, where they are certain to be seen by each of defendants' three agricultural crews, disavowing the comments made by Maria Castillo concerning the consequences of participation in this lawsuit, assuring employees that neither any of the lead plaintiffs in this action nor their associates nor any class member will suffer retaliation of any kind as a result of participating in the lawsuit or asserting their rights as workers and/or class members;

(d) defendants are ordered, on or before April 14, 2005, to provide plaintiffs' counsel an opportunity to meet directly with each agricultural crew on each crew's break to read and explain the curative notice and take questions about the lawsuit, that these meetings will be subject to the attorney-client privilege, and therefore the foremen will, after gathering the crews to the meetings 5 minutes before break time, leave the site for the meetings' duration; the meetings will be short enough to end in time for the crews to return to work no more than 5 minutes after the official start time of the next work period.

Dated this thirteenth day of April, 2005.

                                                                    Respectfully submitted,

                                                                    /s/  
                                                            Marni Willenson  
                                                           One of the Attorneys for Plaintiffs

                                                                   /s/  
                                                           Anthony P. Raimondo  
                                                           One of the Attorneys for Defendants

Stip. And [Proposed] Restraining Order            2            No. CIV-F-04-5515 OW DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED

2  /s/ OLIVER W. WANGER
   _____

3  The Honorable Oliver W. Wanger
4  U.S. District Court

5  Dated: April 25, 2005

| | | |
|---|---|---|
| Stip. And [Proposed] Restraining Order | 3 | No. CIV-F-04-5515 OW DLB |

Stip. And [Proposed] Restraining Order   3   No. CIV-F-04-5515 OW DLB

PDF created with pdfFactory trial version www.pdffactory.com