Paul Strauss, #153937
Marni Willenson, *pro hac vice*
Nancy Maldonado, *pro hac vice*
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Sarah E. Siskind
Miner, Barnhill & Galland
44 East Mifflin St., Ste. 803
Madison, WI 53703
(608) 255-5200 (telephone)
(608) 255-5380 (telefax)

Thomas Patrick Lynch, #159277
Marcos Camacho, a Law Corporation
P.O. Box 310
Keene, CA 93531
(661) 823-6220 (telephone)
(661) 823-6177 (telefax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GEORGE HERNANDEZ, JR.; JOE A. HERNANDEZ; MANUEL A. HERNANDEZ; and ARMANDO PULIDO; <br><br> Plaintiffs, <br><br> v. <br><br> KOVACEVICH "5" FARMS; KENNETH KOVACEVICH, JR.; MARK J. KOVACEVICH; CAROL K. YINGST; MARSHA K. RITCHIE; ANN K. TARTAGLIA; and KENNETH KOVACEVICH, SR.; <br><br> Defendants. | No. CIV-F-04-5515 OW DLB <br><br> STIPULATION AND ORDER RELATING TO SETTLEMENT <br><br> Complaint filed April 2, 2004 |

The parties, by and through their counsel of record, stipulate as follows:

1. On May 4, 2005, plaintiffs George Hernandez, Jr., Joe A. Hernandez, Manuel A. Hernandez, and Armando Pulido, through their counsel; and Defendants Kenneth Kovacevich Jr. (present), Marsha K. Ritchie (present), Mark J. Kovacevich, Carol K. Yingst, Ann K.

1  Tartaglia and Kenneth Kovacevich, Sr., through their counsel, participated in a settlement
2  conference which resulted in an agreement to settle this matter pursuant to the terms reflected
3  in their Stipulation with Respect to Class Action Settlement ("Stipulation") (attached hereto as
4  Exhibit A), and subject to approval of this Court under Federal Rule of Civil Procedure 23.

5      2.   The parties agreed in their Stipulation that, this matter having been settled in
6  principle, subject to judicial review, they would file a further stipulation with this Court
7  withdrawing their respective motions for summary judgment and requesting that the Court
8  strike the May 16, 2005 summary judgment hearing date.  (Exh. A, ¶6.)

9      3.   Accordingly, Plaintiffs hereby request that the Court grant them leave to
10 withdraw their Motion for Summary Judgment (docket no. 97) and related papers, and
11 Defendants likewise request that the Court grant them leave to withdraw their Motion for
12 Summary Adjudication of Issues (docket no. 95) and related papers.  The parties further
13 request that the Court strike the calendared hearing on these motions (May 16, 2005, 10:00
14 a.m.).

15     4.   The parties further advise the Court that, pursuant to the terms of their
16 Stipulation, they have agreed to cooperate in the drafting of comprehensive settlement
17 language, a motion for preliminary approval of their settlement agreement, and other necessary
18 settlement-related papers, and to file such papers with the Court no later than June 6, 2005.
19 (Exh. A, ¶7.)

20     5.   Finally, the parties advise the Court that trial in this matter has been set for June
21 28, 2005.  The issues in dispute having been resolved through settlement, subject to judicial
22 review, the parties do not expect this matter to go to trial.

Dated this fifth day of May, 2005.

                                    Respectfully submitted,


                                     /s/
                                    Marni Willenson
                                    One of the Attorneys for Plaintiffs

Stipulation and [Proposed] Order Relating to Settlement        2          No. CIV-F-04-5515 OW DLB

BARSAMIAN, SAQUI & MOODY
A Professional Corporation


\_\_\_\_/s/_____
Anthony P. Raimondo
One of the Attorneys for Defendants

## **ORDER**

The parties having agreed to resolve this matter through settlement, subject to judicial review under Federal Rule of Civil Procedure 23, the Court hereby grants them leave to withdraw their respective motions for summary judgment and strikes the May 16, 2005 summary judgment hearing date.

Dated: May 9, 2005                                   /s/ OLIVER W. WANGER
_____
The Honorable Oliver W. Wanger
U.S. District Court