1  Marni Willenson, *pro hac vice*
   Willenson Law Group, LLC
2  4308 N. Ridgeway Ave.
   Chicago, IL 60618
3  (773) 497-8224 (telephone)
   (773) 539-0329 (telefax)

4  Paul Strauss, #153937
   Nancy Maldonado, *pro hac vice*
5  Miner, Barnhill & Galland
   14 W. Erie St.
6  Chicago, IL 60610
   (312) 751-1170 (telephone)
7  (312) 751-0438 (telefax)

8  Sarah Siskind, *pro hac vice*
   Miner, Barnhill & Galland
9  44 E. Mifflin St.
   Madison, WI 53703
10 (608) 255-5200 (telephone)
   (608) 255-5380 (telefax)
11

12 Thomas Patrick Lynch, #159277
   Marcos Camacho, a Law Corporation
13 P.O. Box 310
   Keene, CA 93531
14 (661) 823-6220 (telephone)
   (661) 823-6177 (telefax)

15 Attorneys for Plaintiffs and the Class

16              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
17                        FRESNO DIVISION

18 GEORGE HERNANDEZ, JR.;          )
   JOE A. HERNANDEZ;               )
19 MANUEL A. HERNANDEZ;            )
   and ARMANDO PULIDO;             ) No. CIV-F-04-5515 OW DLB
20                                 )
                Plaintiffs,        )
21                                 ) **ORDER GRANTING**
         v.                        ) **EX PARTE REQUEST FOR LEAVE**
22                                 ) **TO SUPPLEMENT NOTICE**
   KOVACEVICH "5" FARMS;           )
23 KENNETH KOVACEVICH, JR.;        )
   MARK J. KOVACEVICH; CAROL       )
24 K. YINGST; MARSHA K. RITCHIE;   )
   ANN K. TARTAGLIA; and KENNETH   )
25 KOVACEVICH, SR.;                )
                                   )
26              Defendants.        ) Complaint filed April 2, 2004

27

28

Proposed Order Granting Leave to Mail
Supplemental Notice                    1              No. CIV-F-04-5515 OW DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs having sought leave, through their attorneys, to satisfy the directive of the
2  Court in its July 14, 2005 Order, to supplement the notice mailed on July 19, 2005 with a
3  reminder notice setting forth the specific dates for filing exclusion requests and objections and
4  the Fairness Hearing by mailing to the class list the postcard reminder attached as Exhibit C to
5  plaintiffs Certification of Mailing and Request for Leave,
6  The Court having considered the request for leave and deemed plaintiffs' proposed
7  supplemental postcard reminder adequate to satisfy the concerns underlying the Court's
8  directives in its July 14, 2005 Order concerning the Notice,
9  Plaintiffs' request for leave is hereby granted.
10 IT IS SO ORDERED

/s/ OLIVER W. WANGER
_____
The Honorable Oliver W. Wanger
U.S. District Court

14 Dated:  __August 2, 2005_____

PDF created with pdfFactory trial version www.pdffactory.com