Marni Willenson, *pro hac vice*
Willenson Law Group, LLC
4308 N. Ridgeway Ave.
Chicago, IL 60618
(773) 497-8224 (telephone)
(773) 539-0329 (telefax)

Paul Strauss, #153937
Nancy Maldonado, *pro hac vice*
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Sarah Siskind, *pro hac vice*
Miner, Barnhill & Galland
44 E. Mifflin St.
Madison, WI 53703
(608) 255-5200 (telephone)
(608) 255-5380 (telefax)

Thomas Patrick Lynch, #159277
Marcos Camacho, a Law Corporation
P.O. Box 310
Keene, CA 93531
(661) 823-6220 (telephone)
(661) 823-6177 (telefax)

Attorneys for Plaintiffs and the Class

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GEORGE HERNANDEZ, JR.; JOE A. HERNANDEZ; MANUEL A. HERNANDEZ; and ARMANDO PULIDO;<br><br>Plaintiffs,<br><br>v.<br><br>KOVACEVICH "5" FARMS; KENNETH KOVACEVICH, JR.; MARK J. KOVACEVICH; CAROL K. YINGST; MARSHA K. RITCHIE; ANN K. TARTAGLIA; and KENNETH KOVACEVICH, SR.;<br><br>Defendants. | No. CIV-F-04-5515 OW DLB<br><br>**PROPOSED APPROVAL ORDER AND JUDGMENT**<br><br>Complaint filed April 2, 2004 |

PDF created with pdfFactory trial version www.pdffactory.com

1  This matter came before the Court for hearing pursuant to the Preliminary Approval
2  Order of this Court, dated July ---, 2005, on the application of plaintiffs for final approval of the
3  Settlement set forth in the Stipulation and Agreement of Settlement (the "Settlement
4  Agreement").  Due and adequate notice having been given to Settlement Class Members as
5  required in said Preliminary Approval Order, and the Court having considered all papers filed
6  and proceedings had herein, and otherwise being fully informed in the premises, and good cause
7  appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

8        1.  Pursuant to Federal Rule of Civil Procedure 23, and consistent with the Due
9  Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution, this
10 Court hereby approves the Settlement and finds that the Settlement Consideration is fair and
11 that the Settlement is, in all respects, fair, adequate and reasonable to the plaintiffs and the
12 Settlement Class Members, previously defined as "all persons who worked at K5 Farms as
13 agricultural field laborers and who were not paid for time worked at the beginning of the day."
14 This Court hereby dismisses with prejudice and without costs (except as otherwise provided in
15 the Settlement Agreement) the Action against the Defendants.

16       2.  The Court finds that the notice provided to Settlement Class Members as set
17 forth in the Preliminary Approval Order and Plaintiffs' Memorandum Concerning Adequacy of
18 Mail Notice filed with the Court was the best notice practicable, under the circumstances, of
19 these proceedings and the matters set forth therein, including of the proposed Settlement set
20 forth in the Settlement Agreement, and said notice was given to all persons entitled to notice,
21 and fully satisfied the requirements of Federal Rule of Civil Procedure 23 and Due Process, and
22 that, pursuant to said notice, no objections were filed.

23       3.  The Court approves an award of attorneys' fees and reimbursement of expenses
24 to Class Counsel (Miner, Barnhill & Galland, P.C., Willenson Law Group, LLC, and Marcos
25 Camacho, a law corporation), jointly, in the total amount of $795,000.  Having presided over
26 this litigation, and considered the materials submitted by Plaintiffs' counsel in support of final
27 approval of the Settlement and their request for attorneys' fees and expenses, finds the award of
28

PDF created with pdfFactory trial version www.pdffactory.com

1 attorneys' fees appropriate based on several factors.  First, the Court finds that the negotiated
2 award is less than the actual lodestar fees and expenses, which lodestar and expenses (including
3 the number of hours spent and the rates charged) were reasonably necessary for the prosecution
4 of plaintiff's claims, by highly skilled lawyers working efficiently throughout the course of a
5 vigorously contested lawsuit.  Second, the fees were negotiated only after the substantial
6 monetary relief and novel benefits to the class the Settlement provides had been fully resolved,
7 and will be paid separate from those benefits, and on a delayed schedule.  Third, the class notice
8 specifically and clearly advised the class that counsel would seek $795,000 award, and no
9 objections filed.  Based on its consideration of the evidence on all these factors, the Court
10 approves an award to Class Counsel (Miner, Barnhill & Galland, P.C., Willenson Law Group,
11 LLC, and Marcos Camacho, a law corporation), jointly, of $795,000 in attorneys' fees and
12 reimbursement of litigation expenses.

13     4. Without affecting the finality of this Final Approval Order and Judgment in any
14 way, this Court retains continuing jurisdiction to implement the Settlement and to construe,
15 enforce and administer the Settlement Agreement and the Settlement.  Class Counsel are to
16 continue in their role to oversee all aspects of the Settlement.

17 **IT IS SO ORDERED.**

19 Dated this __25th____ day of October, 2005

21 /s/ OLIVER W. WANGER
22 _____
23 Honorable Judge Oliver W. Wanger

PDF created with pdfFactory trial version www.pdffactory.com