Marni Willenson, *pro hac vice*
Willenson Law Group, LLC
4308 N. Ridgeway Ave.
Chicago, IL 60618
(773) 497-8224 (telephone)
(773) 539-0329 (telefax)

Paul Strauss, #153937
Nancy Maldonado, *pro hac vice*
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Sarah Siskind, *pro hac vice*
Miner, Barnhill & Galland
44 E. Mifflin St., Suite 803
Madison, WI 53703
(608) 255-5200 (telephone)
(608) 255-5380 (telefax)

Thomas Patrick Lynch, #159277
Marcos Camacho, a Law Corporation
P.O. Box 310
Keene, CA 93531
(661) 823-6220 (telephone)
(661) 823-6177 (telefax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GEORGE HERNANDEZ, JR.; JOE A. HERNANDEZ; MANUEL A. HERNANDEZ; and ARMANDO PULIDO; | ) ) ) No. CIV-F-04-5515 OW DLB ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER DIRECTING ) FINAL PAYMENT TOWARDS |
| KOVACEVICH "5" FARMS; KENNETH KOVACEVICH, JR.; MARK J. KOVACEVICH; CAROL K. YINGST; MARSHA K. RITCHIE; ANN K. TARTAGLIA; and KENNETH KOVACEVICH, SR., | ) CLASS COUNSEL'S ATTORNEYS' ) FEES AND COSTS ) ) ) ) ) |
| Defendants. | ) Complaint filed April 2, 2004 |

This matter having come before the Court on the Unopposed Motion for Order

Directing Final Payment Towards Class Counsel's Attorneys' Fees and Costs, IT IS HEREBY

[Proposed] Order Directing
Final Payment Towards Class Counsel's          1
Attorneys' Fees and Costs

Case No. 1:04-cv-5515

PDF created with pdfFactory trial version www.pdffactory.com

1   ORDERED that Defendants will pay to Class Counsel's Attorneys' the amount of $25,000.00

2   no later than April 30, 2008.

3          Dated: April 4, 2008

4

5                                          /s/ OLIVER W. WANGER
                                           The Honorable Oliver W. Wanger
6                                          U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com